1 | Erica Rutner, SBN 344880
2 | COZEN O'CONNOR
  | 1801 N. Military Trail, Suite 200
3 | Boca Raton, FL 33431
  | Telephone: 561.245.6120
4 | Facsimile: 561.245.6213
  | erutner@cozen.com
5
  | Attorney for Defendant
6 | IGLOO PRODUCTS CORP.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RANDALL MCALARY III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IGLOO PRODUCTS CORP., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-01904-JAM-CSK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 6(B)(1) AND LOCAL RULE 144(a)**<br><br>Complaint Filed: July 3, 2025<br>Complaint Served: July 14, 2025<br>Current Response Date: August 5, 2025<br>New Response Date: September 4, 2025 |

Plaintiff ROBERT RANDALL MCALARY III ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Defendant"), by and through their respective counsel of record, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of the United States District Court for the Eastern District of California, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in the above-captioned action on July 3, 2025 [Dkt. 1];

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on July 14, 2025, making the responsive deadline August 5, 2025[1];

WHEREAS, on July 21, 2025, Defendant's counsel requested a 30-day extension to allow sufficient time to evaluate the allegations in the Complaint;

WHEREAS, on that same day, Plaintiff's counsel agreed to extend Defendant's time to respond to the Complaint through and including September 4, 2025;

WHEREAS, the Parties respectfully submit that good cause exists for the requested extension;

WHEREAS, no prior extensions of time to respond to the Complaint have been granted by the Court;

WHEREAS, this extension does not alter any existing deadlines fixed by the Court;

**IT IS HEREBY AGREED AND STIPULATED**, by and between the Parties, as follows:

1. Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended through and including September 4, 2025; and

2. The Parties respectfully request that the Court approve this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED**.

//

---

[1] Docket No. 5 provides the response date as August 5, 2025.

Cozen O'Connor
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431-1810

Dated: July 29, 2025                    COZEN O'CONNOR


                                        By: */s/ Erica Rutner*
                                            Erica Rutner, Esq.
                                            Attorney for Defendant
                                            IGLOO PRODUCTS CORPORATION


Dated: July 29, 2025                    DOYLE APC


                                        By: */s/ Chris W. Cantrell*
                                            Chris W. Cantrell, Esq.
                                            William J. Doyle
                                            Attorneys for Plaintiff
                                            ROBERT RANDALL MCALARY III

**SIGNATURE ATTESTATION**

In accordance with Local Rule 133(e), I, Erica Rutner, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its submission.

Dated: July 29, 2025                             */s/ Erica Rutner*
                                                 Erica Rutner

Cozen O' Connor
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431-1810

4
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; SIGNATURE ATTESTATION; AND [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT RANDALL MCALARY III, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IGLOO PRODUCTS CORP., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-01904-JAM-CSK<br><br>**ORDER**<br><br>[Filed Concurrently with Stipulation to Extend Time to Respond to Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 144(a) and Signature Attestation] |

Having considered the Stipulation to Extend Time to Respond to Plaintiff's Complaint filed jointly by Plaintiff ROBERT RANDALL MCALARY III ("Plaintiff") and Defendant IGLOO PRODUCTS CORP.'s ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of the United States District Court for the Eastern District of California [Dkt. 6], and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's deadline to answer, move, or otherwise respond to the Complaint is extended through and including **September 04, 2025**.

**IT IS SO ORDERED.**

Dated: July 30, 2025

_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE