William J. Doyle II (SBN 188069)
Chris W. Cantrell (SBN 290874)
DOYLE APC
550 West B Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 736-0000
Email: bill@doyleapc.com
Email: chris@doyleapc.com

Attorneys for Plaintiff
Robert Randall Mcalary III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RANDALL MCALARY III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGLOO PRODUCTS CORP., a Delaware corporation,<br><br>Defendant. | No. 2:25-cv-01904-JAM-CSK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Motion Filed: September 4, 2025<br>Current Response Date: September 18, 2025<br>New Response Date: October 20, 2025 |

Plaintiff ROBERT RANDALL MCALARY III and Defendant IGLOO PRODUCTS CORP., by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, to extend the time for Plaintiff to file his opposition to Defendant's Motion to Dismiss, and for Defendant to file its reply, as follows:

WHEREAS, Defendant filed its Motion to Dismiss on September 4, 2025 [Dkt. 11];

WHEREAS, pursuant to Local Rule 230 and Federal Rule of Civil Procedure 6, Plaintiff's opposition would otherwise be due within fourteen (14) days of the filing of the motion;

WHEREAS, counsel for Plaintiff has requested additional time to prepare an opposition brief in light of the issues raised in the Motion to Dismiss;

STIPULATION AND ORDER

1    WHEREAS, Defendant has agreed to Plaintiff's request for an extension of thirty (30) days to file his opposition, provided that Defendant shall have fourteen (14) days thereafter to file its reply;

WHEREAS, the Parties respectfully submit that good cause exists for the requested extension;

WHEREAS, no prior extensions of time to respond to Defendant's Motion to Dismiss have been granted by the Court;

WHEREAS, this extension does not alter any existing deadlines fixed by the Court;

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court order as follows:

1. Plaintiff's deadline to file his opposition to Defendant's Motion to Dismiss shall be extended by thirty (30) days, from September 18, 2025, to October 20, 2025.

2. Defendant's deadline to file its reply in support of the Motion to Dismiss shall be extended by fourteen (14) days after Plaintiff's opposition is filed, making Defendant's reply due on November 3, 2025.

3. All other deadlines shall remain unaffected.

**IT IS SO STIPULATED**

Dated: September 8, 2025

DOYLE APC

/s/ William J. Doyle II

William J. Doyle II
bill@doyleapc.com
Chris W. Cantrell
chris@doyleapc.com
550 West B Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 736-0000
Facsimile: (619) 736-1111

*Attorneys for Plaintiff*
Robert Randall Mcalary III

Dated: September 8, 2025

COZEN O'CONNOR

/s/ Erica Rutner

Erica Rutner, SBN 344880
erutner@cozen.com
1801 N. Military Trail, Suite 200
Boca Raton, FL 33431-1810
Telephone: (561) 245-6120
Facsimile: (561) 245-6213

*Attorney for Defendant*
Igloo Products Corp.

**SIGNATURE ATTESTATION**

In accordance with Local Rule 131(e), I, William Doyle, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its submission.

Dated: September 8, 2025                                    /s/ William J. Doyle II

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RANDALL MCALARY III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGLOO PRODUCTS CORP., a Delaware corporation,<br><br>Defendant. | No. 2:25-cv-01904-JAM-CSK<br><br>**ORDER**<br><br>[Filed Concurrently with Stipulation to Extend Time to Respond to Defendant's Motion to Dismiss and Signature Attestation] |

Having considered the Stipulation to Extend Time to Respond to Defendant's Motion to Dismiss filed jointly by Plaintiff ROBERT RANDALL MCALARY III ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of the United States District Court for the Eastern District of California, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's deadline to file his opposition to Defendant's Motion to Dismiss is **EXTENDED** to **October 20, 2025**, and Defendant's deadline to file its reply in support of the Motion to Dismiss is **EXTENDED** to **November 03, 2025**. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED**.

September 08, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER