1 | William J. Doyle II (SBN 188069)
  | Chris W. Cantrell (SBN 290874)
2 | DOYLE APC
  | 550 West B Street, 4th Floor
3 | San Diego, CA 92101
  | Telephone: (619) 736-0000
4 | Email: bill@doyleapc.com
  | Email: chris@doyleapc.com
5 |
  | Attorneys for Plaintiff
6 | Robert Randall Mcalary III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT RANDALL MCALARY III, an individual, | No. 2:25-cv-01904-JAM-CSK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS BY 2 DAYS DUE TO LEXIS OUTAGE** |
| v. | |
| IGLOO PRODUCTS CORP., a Delaware corporation, | Motion Filed: September 4, 2025 |
| | Current Response Date: October 20, 2025 |
| Defendant. | New Response Date: October 22, 2025 |

Plaintiff ROBERT RANDALL MCALARY III and Defendant IGLOO PRODUCTS CORP., by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, to extend the time for Plaintiff to file his opposition to Defendant's Motion to Dismiss, and for Defendant to file its reply, by an additional two (2) days due to a LEXIS outage. The scheduled hearing date of November 18, 2025, is not impacted by this extension:

WHEREAS, Defendant filed its Motion to Dismiss on September 4, 2025 [Dkt. 11];

WHEREAS, pursuant to a prior stipulation and Court order, Plaintiff's opposition is due today, October 20, 2025, and Defendant's reply is due November 3, 2025 [Dkt. 12];

WHEREAS, counsel for Plaintiff has requested an additional two (2) days to prepare and

STIPULATION AND ORDER

1 file its opposition brief due a LexisNexis outage;

2 WHEREAS, Defendant has agreed to Plaintiff's request for an extension of two (2) days to
3 file his opposition, provided that Defendant shall have an additional two (2) days to file its reply;

4 WHEREAS, the Parties respectfully submit that good cause exists for the requested
5 extension;

6 WHEREAS, this short extension does not alter the existing hearing date for Defendant's
7 motion to dismiss;

8 NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court
9 order as follows:

10 1.  Plaintiff's deadline to file his opposition to Defendant's Motion to Dismiss shall be
11 extended by two (2) days, from October 20, 2025, to October 22, 2025.

12 2.  Defendant's deadline to file its reply in support of the Motion to Dismiss shall be
13 extended by sixteen (16) days after Plaintiff's opposition is filed, making Defendant's reply due on
14 November 5, 2025.

15 3.  All other deadlines shall remain unaffected.

16 **IT IS SO STIPULATED**

17

18 Dated: October 20, 2025        DOYLE APC

19                                /s/ Chris W. Cantrell

20                                William J. Doyle II
                                   bill@doyleapc.com
21                                 Chris W. Cantrell
                                   chris@doyleapc.com
22                                 550 West B Street, 4th Floor
                                   San Diego, CA 92101
23                                 Telephone: (619) 736-0000
                                   Facsimile: (619) 736-1111
24

25                                *Attorneys for Plaintiff*
                                   Robert Randall Mcalary III
26

27
    Dated: October 20, 2025
28                                COZEN O'CONNOR

2
STIPULATION AND ORDER

1
2                                          /s/ Erica Rutner
3                                   Erica Rutner, SBN 344880
                                    erutner@cozen.com
4                                   1801 N. Military Trail, Suite 200
                                    Boca Raton, FL 33431-1810
5                                   Telephone: (561) 245-6120
                                    Facsimile: (561) 245-6213
6
7                                   *Attorney for Defendant*
                                    Igloo Products Corp.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION AND ORDER

**<u>SIGNATURE ATTESTATION</u>**

In accordance with Local Rule 131(e), I, Chris Cantrell, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its submission.

Dated: October 20, 2025                    /s/ Chris Cantrell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RANDALL MCALARY III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGLOO PRODUCTS CORP., a Delaware corporation,<br><br>Defendant. | No. 2:25-cv-01904-JAM-CSK<br><br>**ORDER** |

Having considered the Stipulation to Extend Time to Respond to Defendant's Motion to Dismiss filed jointly by Plaintiff ROBERT RANDALL MCALARY III ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 144(a) of the United States District Court for the Eastern District of California, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's deadline to file his opposition to Defendant's Motion to Dismiss is **EXTENDED** to **October 22, 2025**, and Defendant's deadline to file its reply in support of the Motion to Dismiss is **EXTENDED** to **November 05, 2025**. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED**.

Dated:  October 21, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER