# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERT RANDALL MCALARY III,<br><br>Plaintiff,<br><br>vs.<br><br>IGLOO PRODUCTS CORP.,<br><br>Defendant. | Case No. 2:25-cv-01904-JAM-CSK<br><br>**ORDER TO EXTEND DEADLINE FOR JOINT STATUS REPORT**<br><br>[Filed Concurrently with Defendant's Administrative Motion to Extend Deadline for Joint Status Report] |

The Court hereby **GRANTS** the request for extension of time and the deadline for Joint Status Report filed jointly by Plaintiff ROBERT RANDALL MCALARY, III and Defendant IGLOO PRODUCTS CORP. is **EXTENDED** to 30 days after the Court's ruling on Igloo's forthcoming motion to dismiss first amended complaint.

**IT IS SO ORDERED.**

Dated: March 31, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

---