**COZEN O'CONNOR**
Erica Rutner, SBN 344880
501 E. Las Olas Blvd, Suite 300
Fort Lauderdale, FL 33301
Telephone: 561.245.6120
Facsimile: 561.245.6213
erutner@cozen.com

Attorney for Defendant
IGLOO PRODUCTS CORP.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERT RANDALL MCALARY III,

        Plaintiff,

    vs.

IGLOO PRODUCTS CORP.,

        Defendant.

Case No. 2:25-cv-01904-JAM-CSK

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 6(B)(1) AND LOCAL RULE 143**

Plaintiff ROBERT RANDALL MCALARY III ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Igloo"), by and through their respective counsel of record, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, hereby stipulate as follows:

WHEREAS, on March 19, 2026, Plaintiff filed his First Amended Complaint [Dkt. 27];

WHEREAS, pursuant to the Order Granting Motion to Dismiss, the deadline for Igloo to respond to the First Amended Complaint is April 8, 2026 [Dkt. 26];

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT

WHEREAS, the parties have conferred by email correspondence relating to certain issues bearing on Igloo's forthcoming motion to dismiss;

WHEREAS, the parties believe that they may resolve certain arguments Igloo intends to raise in its forthcoming motion to dismiss through further conferral efforts, which would obviate the need for Court intervention;

WHEREAS, so Igloo need not file a motion to dismiss raising arguments that may be mooted by agreements reached by the parties through further conferral efforts, the parties jointly ask the Court to extend the deadline for Igloo to respond to the First Amended Complaint;

WHEREAS, Igloo has not previously requested an extension of the deadline to respond to the First Amended Complaint;

**IT IS HEREBY AGREED AND STIPULATED**, by and between the parties, as follows:

1.     The deadline for Defendant to move to dismiss, answer, or otherwise respond to the Third Amended Complaint is extended to April 29, 2026; and

2.     The parties respectfully request that the Court approve this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED**.

Dated:   April 10, 2026                    COZEN O'CONNOR


                                           By:  _/s/ Erica Rutner_____
                                               Erica Rutner, Esq.
                                               Attorney for Defendant
                                               IGLOO PRODUCTS CORPORATION


Dated:   April 10, 2026                    DOYLE APC


                                           By:  _/s/ Chris W. Cantrell_____
                                               Chris W. Cantrell, Esq.

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT

COZEN O' CONNOR
501 E. LAS OLAS BLVD, SUITE 300
FORT LAUDERDALE, FL 33301

Attorney for Plaintiff
ROBERT RANDALL MCALARY III

**<u>SIGNATURE ATTESTATION</u>**

In accordance with Local Rule 133(e), I, Erica Rutner, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its submission.

Dated:   April 10, 2026                                          */s/ Erica Rutner*
                                                                              Erica Rutner

COZEN O' CONNOR
501 E. LAS OLAS BLVD, SUITE 300
FORT LAUDERDALE, FL 33301

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT RANDALL MCALARY III,<br><br>Plaintiff,<br><br>vs.<br><br>IGLOO PRODUCTS CORP.,<br><br>Defendant. | Case No. 2:25-cv-01904-JAM-CSK<br><br>**ORDER**<br><br>[Filed Concurrently with Stipulation to Extend Deadline to Respond to First Amended Complaint to Fed. R. Civ. P. 6(b)(1) and Local Rule 143 and Signature Attestation] |

Having considered the Stipulation to Extend Deadline to Respond to First Amended Complaint filed jointly by Plaintiff ROBERT RANDALL MCALARY III and Defendant IGLOO PRODUCTS CORP., pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule 143 of the Local Rules of the United States District Court for the Eastern District of California [Dkt. 31], and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Igloo to move to dismiss, answer, or otherwise respond to the First Amended Complaint is **EXTENDED** to **April 29, 2026**.

**IT IS SO ORDERED.**

Dated: April 10, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE